IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Patricia Kridler, Surviving Widow and Representative of the Estate of David Kridler, deceased | | CASE NO. 5:09-cv-02679 |
| | | JUDGE DAN AARON POLSTER |
| Plaintiff, | | |
| | | |
| v. | | |
| | | NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF THE CORPORATE REPRESENTATIVE(S) OF ASHLAND, INC. |
| ASHLAND, INC. et al | | |
| | | |
| Defendants. | | |

## **NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF THE CORPORATE REPRESENTATIVE(S) OF ASHLAND, INC. BY VIDEO CONFERENCE WITH SUBPOENA DUCES TECUM**

PLEASE TAKE NOTICE that the Plaintiff shall take the oral deposition of the Corporate Representative(s) of Ashland, Inc. The deposition will be taken pursuant to Rules 26 and 30(B)(6) of the Federal Rules of Civil Procedure beginning at 10:00 a.m. (EST) on May 12, 2010 and continuing from day to day until completed. The deposition will take place at:

Regus Video Conference Center
545 Metro Place South
Dublin, OH 43017

The deposition(s) shall be taken before a certified court reporter and videographer from Henjum Goucher Reporting Services, 2501 Oak Lawn Ave., Suite 534, Dallas, Texas 75219, (214)-521-1188.

Ashland, Inc. must designate the person or persons most knowledgeable to fully testify under oath, under the pains and penalties of perjury, on the deponent's behalf concerning the following matters and areas of inquiry:

1. Record retention from 1968 to the present;

2. Sales records from 1968 to the present; and

3. Knowledge of Ashland's sale of products in the state of Ohio.

Please take further notice that deponent is to produce the following materials as set forth on the Subpoena Duces Tecum for copying and inspection. Plaintiff expects deponent to produce said documents included in this Subpoena Duces Tecum 48 hours in advance of his deposition.

Respectfully submitted,

***/s/Christopher Madeksho***
Christopher L. Madeksho *pro hac vice*
Madeksho Law Firm
8866 Gulf Freeway #440
Houston, TX 77017
Phone: 713-910-8000
Fax: 713-910-0250
cmadeksho@madeksholaw.com

and

Thomas W. Bevan (0054063)
John D. Mismas (0077434)
Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236
Phone: 330-467-8571
Fax: 330-467-4493
mismas1@aol.com
bevantc@aol.com

ATTORNEYS FOR PLAINTIFF

**SUBPOENA DUCES TECUM**

1. A copy of this witness's different curriculum vitae this expert has in the last ten years, including but not limited to, the current curriculum vitae.

2. All documents reviewed by this witness in preparation for his testimony.

3. All documents relied upon by this witness in giving his testimony.

4. A list of prior testimony.

5. Copies of all prior testimony, including exhibits attached thereto.

6. Copies of all sales records from this Defendant to Universal Co-Operatives in Alliance, OH from 1968 to 1975.

7. A written report of all opinions this witness intends to give at trial.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served this 27th day of April, 2010, via E-mail to all Defendants and/or their respective counsel.

*/s/Christopher Madeksho*
Christopher L. Madeksho *pro hac vice*